UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| TAMMY ROSE WOODYARD, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 6: 17-277-DCR |
| V. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Tammy Woodyard appealed the Commissioner's denial of disability insurance benefits in October 2017. This Court determined that the Commissioner had erred in making his decision and remanded the matter to the Social Security Administration ("SSA") for further proceedings. On remand, the Administrative Law Judge assigned to the case found in the plaintiff's favor and the SSA awarded her $100,246.50 in past-due benefits. Woodyard's attorney, E. Douglas Richards, has now filed a motion for attorney's fees under 42 U.S.C. § 406(b). [Record No. 17]

Attorney Richards reports that he and the plaintiff entered into an agreement at the time of the filing of the Complaint whereby Richards would be entitled to up to 25 percent of any past-due benefits recovered, less any fee that he received under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Richards now seeks 20 percent of the $100,246.50, and will remit to the plaintiff the $3,987.50 that he was already awarded under the EAJA. In support, Richards has submitted his fee agreement with the plaintiff, as well as information concerning

his professional background and the time spent working on this case. The Commissioner has filed a response indicating that he has no objection to the requested fee.

Notwithstanding any contingent-fee agreement, an attorney's fee under § 406(b) must be reasonable. Here, Attorney Richards obtained a favorable result for the plaintiff. Further, the bargained-for fee does not result in a windfall, as Richards expended substantial time working on this matter and the requested fee is not inordinately large. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002); *Royzer v. Sec'y of Health & Human Servs.*, 900 F.2d 981, 982 (6th Cir. 1990). Accordingly, it is hereby

**ORDERED** as follows:

1. Attorney E. Douglas Richards' motion for attorney's fees under 42 U.S.C. § 406(b) [Record No. 17] is **GRANTED**.

2. The requested fee of $20,049.30 is approved; however, attorney Richards is directed to remit the EAJA fee of $3,987.50 to Plaintiff Woodyard.

Dated: September 26, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky